# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

V.                                4:11CR00279-01 SWW

ERIC HORTON                                                                   DEFENDANT

## ORDER

Defendant seeks an order for a mental evaluation to determine his competency to waive his rights under *Miranda v. Arizona*, 384 U.S. 436 (1966). (Docs. No. 31, 34). The Court previously granted Defendant's Unopposed Motion for Psychiatric Examination pursuant to 18 U.S.C. §§ 4241 and 4242 (Doc. No. 28) and he is presently undergoing this examination at the Federal Detention Center Sea Tac in Seattle, Washington. Therefore, the Motion is GRANTED. Bureau of Prison examiners shall evaluate Defendant's competency to waive his *Miranda* rights.

DATED this 28th day of January, 2013.

                                                       _____
                                                       JOE J. VOLPE
                                                       UNITED STATES MAGISTRATE JUDGE