IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    No. 4:11CR00279 SWW

ERIC HORTON                                                                 DEFENDANT

## FINAL ORDER OF FORFEITURE

On June 18, 2013, the Court entered a Preliminary Order of Forfeiture ordering Eric Horton to forfeit his interest in One Weihrauch, Hermann .22 caliber revolver, model 7S, bearing serial number 52849, and all ammunition (collectively "forfeited property"). (Dkt. 46). The Order provided that it would become final as to Eric Horton at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Eric Horton, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

So Ordered this 24th day of September 2013.

/s/Susan Webber Wright
United States District Judge